ROSE G. BERLINSKY, Appellant, *v.* GARFIELD A. BER-LINSKY, Respondent.

*Appeal — order of Appellate Division reversing order denying order for vacation of order for service of summons by publication — appeal without permission dismissed.*

Berlinsky v. Berlinsky, 204 App. Div. 480, appeal dismissed.

(Submitted November 20, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1923, which reversed an order of Special Term denying a motion to vacate an order for service of the summons by publication and granted said motion.

*Benjamin F. Feiner, Ira Skutch* and *Ely S. Wolbarst* for appellant.

*Louis S. Posner* and *Copal Mintz* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.